| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Deller, Jeffery A. | 2. Court or Organization<br><br>United States Bankruptcy Court (W.D. of Pa.) | 3. Date of Report<br><br>12/29/2017 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief U.S. Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |
| **7. Chambers or Office Address**<br><br>54th Floor US STeel Building<br>600 Grant Street, Roomj 5414<br>Pittsburgh, PA 15219 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Editor in Chief | The American Bankruptcy Law Journal |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11/28/2011 | Jeffery A. Deller and Matthew Bender & Co., Inc. (flat fee agreement to write Collier's on Bankruptcy); approximately $40 per page of manuscript |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Deller, Jeffery A. | 12/29/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | National Conference of Bankruptcy Judges (publishers of The American Bankruptcy Law Journal) | $18,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Zoll Lifevest, Inc.; salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Deller, Jeffery A. | 12/29/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Department of Education | Educational Loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Deller, Jeffery A. | 12/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank (X) | | None | J | T | | | | | |
| 2. Key Bank (X) | | None | K | T | | | | | |
| 3. PNC Bank (X) | A | Interest | K | T | | | | | |
| 4. First Niagara Bank | | None | | | Merged (with line 2) | 6/1/2016 | K | | |
| 5. First Niagara Bank | | None | | | Merged (with line 1) | 6/1/2016 | J | | |
| 6. McKesson Corporation 401(k)- Fidelity (X) (H) | | | | | | | | | |
| 7. - Fidelity S&P 500 Index | | None | K | T | | | | | |
| 8. - Fidelity Small Cap Growth | | None | K | T | | | | | |
| 9. - McKesson ER Stock | A | Dividend | K | T | | | | | |
| 10. - Fidelity Large Cap Growth | | None | J | T | | | | | |
| 11. - Fisher Small Cap Value | | None | J | T | | | | | |
| 12. Zoll Medical 401(k) (X)(H) | | | | | | | | | |
| 13. - Fidelity Contrafund | | None | J | T | | | | | |
| 14. - Fidelity Small Cap Index | | None | J | T | | | | | |
| 15. - Wells Fargo Small Company Growth | | None | J | T | | | | | |
| 16. - Fidelity Total Bond | | None | J | T | | | | | |
| 17. Fidelity 500 Index Institutional | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Deller, Jeffery A. | 12/29/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, First Niagara merged with Key Bank resulting in accounts being placed at Key Bank. The undersigned notes that the 2015 annual report mistakenly refers to "First National Bank" instead of "First Niagara Bank." Acc accounts within the 2015 report arte "First Niagara{" accounts, and given the merger with Key Bank, such accounts are Key Bank Accounts. The undersigned never had any accounts with "First National Bank."

In part III(B), and in Part VII where denoted by "(X)" as to the non-Key Bank accounts, spousal account information has been added inasmuch as the undersigned married his spouse during calendar year 2016. The value amount as to the PNC Bank account has been corrected.

Also, in Part VII, the specific fund information has been added as to the McKesson Corporation 401(k) and the Zoll Medical 401(k). The undersigned also notes that the income amounts as to these 401(k)'s has been corrected. Specially, the only income to these accounts was a modest dividend relating to McKesson stock.

| Name of Person Reporting | Date of Report |
|---|---|
| Deller, Jeffery A. | 12/29/2017 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffery A. Deller**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544